| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | David Robert Henley<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3306<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | Cari Sue Henley<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–1612<br>EIN: __–_____ |
| United States Bankruptcy Court: Northern District of Texas | | Date case filed for chapter: 7   3/12/26 |
| Case number: 26–41113–mxm7 | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20                                                                10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David Robert Henley | Cari Sue Henley |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 105 Docs Road<br>Weatherford, TX 76088 | 105 Docs Road<br>Weatherford, TX 76088 |
| 4. | **Debtor's attorney**<br>Name and address | Clayton Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010 | Contact phone 817–704–3984<br>Email: clayton@norredlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Shawn K. Brown<br>Chapter 7 Trustee<br>PO Box 93749<br>Southlake, TX 76092 | Contact phone (817) 348–0777 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline Set**                 page 1

Debtor **David Robert Henley** and **Cari Sue Henley**     Case number **26–41113–mxm7**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30<br><br>Contact phone 817–333–6000<br><br>Date: 3/12/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 8, 2026 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 335 875 4980, and Passcode 6437856478, OR call 1–469–218–9242**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 6/8/26 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Northern District of Texas

In re:  Case No. 26-41113-mxm
David Robert Henley  Chapter 7
Cari Sue Henley
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-4      User: admin      Page 1 of 3
Date Rcvd: Mar 12, 2026      Form ID: 309A      Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Robert Henley, Cari Sue Henley, 105 Docs Road, Weatherford, TX 76088-0607 |
| 23276444 | | American Honda Finance, PO Box 16812, Irving, TX 75016 |
| 23276448 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23276454 | + | Concord Medical Group Of Texas / Dr. Michael Moisa, 2800 Corporate Circle, Lewisville, TX 75028-5640 |
| 23276456 | + | Envision Physician Services, PO Box 99082, Las Vegas, NV 89193-9082 |
| 23276457 | + | Faith Community Health System, PO Box 14000, Belfast, ME 04915-4033 |
| 23276461 | + | Jerry & Sue Anderson, 105 Docs Rd, Weatherford, TX 76088-0607 |
| 23276466 | + | Medical City Weatherford, PO Box 290489, Nashville, TN 37229-0489 |
| 23276473 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23276482 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23276487 | + | Tulsa Teachers Federal Credit Union, 9815 E. 81st St., Tulsa, OK 74133-4664 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: clayton@norredlaw.com | Mar 12 2026 22:17:00 | Clayton Everett, 515 E. Border St., Ste 163, 76010, Arlington, TX 76010 |
| tr | + | EDI: FSKBROWN.COM | Mar 13 2026 02:07:00 | Shawn K. Brown, Chapter 7 Trustee, PO Box 93749, Southlake, TX 76092-0117 |
| 23276443 | + | EDI: JPMORGANCHASE | Mar 13 2026 02:06:00 | Amazon/Chase, PO Box 6294, Carol Stream, IL 60197-6294 |
| 23276445 | ^ | MEBN | Mar 12 2026 22:11:59 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23276446 | + | EDI: BANKAMER | Mar 13 2026 02:06:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 23276447 | + | EDI: TSYS2 | Mar 13 2026 02:06:00 | Barclays, PO Box 60517, City of Industry, CA 91716-0517 |
| 23276449 | | Email/Text: business.office@cacfinancial.com | Mar 12 2026 22:18:00 | Cac Financial Corp, 2601 Nw Expressway E, Suite 1000, Oklahoma City, OK 73112 |
| 23276455 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Mar 12 2026 22:17:00 | Credit Corp Solutions, Inc, 121 W Election Rd, Suite 200, Draper, UT 84020 |
| 23276450 | + | EDI: CAPITALONE.COM | Mar 13 2026 02:06:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 23276451 | + | EDI: CAPITALONE.COM | Mar 13 2026 02:06:00 | Capital One Bank - Consumer Credit Cards, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 23276452 | + | EDI: CAPITALONE.COM | Mar 13 2026 02:06:00 | Capital One, N.A. / Kohls Credit Card, Po Box 31293, Salt Lake City, UT 84131-0293 |

| Recipient ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 23276453 | + | EDI: CITICORP | Mar 13 2026 02:06:00 | Citibank / The Home Depot, Po Box 790040, St. Louis, MO 63179-0040 |
| 23276458 | + | Email/Text: crdept@na.firstsource.com | Mar 12 2026 22:18:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 23276460 | + | EDI: IRS.COM | Mar 13 2026 02:06:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23276462 | + | EDI: JPMORGANCHASE | Mar 13 2026 02:06:00 | Jp Morgan Chase Bank, Po Box 15369, Wilmington, DE 19850-5369 |
| 23276463 | + | EDI: JPMORGANCHASE | Mar 13 2026 02:06:00 | Jp Morgan Chase Bank, Po Box 15548, Wilmington, DE 19886-5548 |
| 23276464 | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 12 2026 22:18:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23276465 | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 12 2026 22:18:00 | Linebarger Goggan Blair & Sampson, 3500 Maple Avenue Suite 800, Dallas, TX 75219-3959 |
| 23276467 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2026 22:18:00 | Midland Credit Management, 320 E Big Beaver Road Ste 300, Troy, MI 48083-1271 |
| 23276468 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2026 22:18:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 23276470 | | EDI: PRA.COM | Mar 13 2026 02:06:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 23276471 | | EDI: PRA.COM | Mar 13 2026 02:06:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 23276469 | + | Email/Text: emccain@pbfcm.com | Mar 12 2026 22:17:00 | Perdue Brandon Fielder Collins & Mott LLP, 500 E. Border St. Ste.640, Arlington, TX 76010-7457 |
| 23276472 | ^ | MEBN | Mar 12 2026 22:12:56 | Radiology Associates of North Texas, PO Box 1723, Indianapolis, IN 46206-1723 |
| 23276474 | + | Email/Text: DeftBkr@santander.us | Mar 12 2026 22:18:00 | Santander Bank N.A., 15 Westminster St, Providence, RI 02903-2437 |
| 23276475 | ^ | MEBN | Mar 12 2026 22:12:48 | Sheffield Financial Corp., PO Box 25127, Winston-Salem, NC 27114-5127 |
| 23276477 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Mar 12 2026 22:17:00 | Sunrise Credit Services, Inc., PO Box 9004, Melville, NY 11747-9004 |
| 23276478 | + | EDI: SYNC | Mar 13 2026 02:06:00 | Synchrony Bank / Care Credit, Po Box 71782, Philadelphia, PA 19176-1782 |
| 23276479 | + | EDI: SYNC | Mar 13 2026 02:06:00 | Synchrony Bank / Harbor Freight, Po Box 71744, Po Box 71744, PA 19176-1744 |
| 23276480 | + | EDI: SYNC | Mar 13 2026 02:06:00 | Synchrony Bank/Lowes, PO Box 71711, Philadelphia, PA 19176-1711 |
| 23276476 | | Email/Text: pacer@cpa.state.tx.us | Mar 12 2026 22:18:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23276486 | + | Email/Text: bk@ttcu.com | Mar 12 2026 22:18:00 | TTCU Federal Credit Union, 9815 E. 81st St., Tulsa, OK 74133-4664 |
| 23276481 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Mar 12 2026 22:17:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23276483 | + | Email/Text: bcd@oag.texas.gov | Mar 12 2026 22:17:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23276484 | + | Email/Text: collections.pacer@twc.texas.gov | Mar 12 2026 22:18:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23276485 | + | Email/Text: bankruptcydepartment@tsico.com | | |

Case 26-41113-mxm7   Doc 7   Filed 03/14/26   Entered 03/14/26 23:20:36   Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 0539-4 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 12, 2026 | Form ID: 309A | Total Noticed: 48 |

| | | | Mar 12 2026 22:18:00 | Transworld Systems Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| --- | --- | --- | --- | --- |
| 23276488 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Mar 12 2026 22:18:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 23276459 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 14, 2026    Signature:    /s/Gustava Winters