Certificate Number: 17572-TXN-DE-040751633

Bankruptcy Case Number: 26-41113



17572-TXN-DE-040751633

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 18, 2026</u>, at <u>5:14</u> o'clock <u>PM PDT</u>, <u>David R Henley</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Northern District of Texas</u>.

Date:   <u>March 18, 2026</u>         By:   <u>/s/Kelly Faulks</u>

Name:   <u>Kelly Faulks</u>

Title:   <u>Counselor</u>