Certificate Number: 17572-TXN-DE-040751634

Bankruptcy Case Number: 26-41113



17572-TXN-DE-040751634

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 18, 2026, at 5:14 o'clock PM PDT, Cari S Henley completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:  March 18, 2026

By:  /s/Kelly Faulks

Name:  Kelly Faulks

Title:  Counselor