Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Bonial & Associates, P.C.
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 26-41113-MXM7** |
| **DAVID ROBERT HENLEY** | § | |
| **CARI SUE HENLEY** | § | **CHAPTER 7** |
|     **DEBTOR(S)** | § | |
| | § | **HEARING DATE: JUNE 11, 2026** |
| | § | |
| **AMERICAN HONDA FINANCE** | § | |
| **CORPORATION** | § | **HEARING TIME: 9:30 AM** |
|     **MOVANT** | § | |
| **VS** | § | |
| **DAVID ROBERT HENLEY** | § | |
| **CARI SUE HENLEY** | § | |
| **AND SHAWN K. BROWN, TRUSTEE** | § | |
|     **RESPONDENTS** | | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY OF ACT AGAINST PROPERTY**

**NOTICE**

**PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(b), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 WEST TENTH STREET, FORT WORTH, TEXAS, 76102-3643, BEFORE CLOSE OF BUSINESS ON JUNE 3, 2026 WHICH IS AT LEAST 14 DAYS FROM THE DATE OF SERVICE HEREOF. A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY AND ANY TRUSTEE OR EXAMINER APPOINTED IN THE CASE. ANY RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now American Honda Finance Corporation (hereinafter "Movant"), its successors and/or assigns, a secured creditor in the above-entitled and numbered case, by and through its attorneys, to file this its Motion for Relief from Automatic Stay of Act against the Collateral ("Motion") against: David Robert Henley and Cari Sue Henley, Debtor(s) and Shawn K. Brown, duly appointed Chapter 7 Trustee, hereinafter referred to respectively as "Debtor(s)" and "Trustee". In support thereof, Movant would respectfully represent to the Court as follows:

MOTION FOR RELIEF

3191-N-7391

1. On March 12, 2026, Debtor(s) filed a voluntary petition under Chapter 7 of the Bankruptcy Code. Subsequently, Shawn K. Brown was appointed Trustee in this Chapter 7 case, qualified and is duly acting in such capacity.

2. This Court has jurisdiction of this Motion by virtue of 11 USC §§105, 361 and 362 and 28 USC §§1334 and 157.

3. Movant is the holder of a Closed End Motor Vehicle Lease (With Arbitration Provision), Loan Number xxxxxxxxx1888, (the "Agreement"), signed by David Robert Henley.  Movant is secured under the Agreement by a properly perfected security interest in a 2024 HONDA PROLOGUE 2WD, VIN: 3GPKHWRM0RS508287 (the "Collateral").  A true and correct copy of the Agreement, as well as the documents evidencing the security interest of Movant in the Collateral, are attached hereto as Exhibits "A" and "B".

4. By virtue of the Agreement, Movant is the holder of a secured claim against the Debtor.

5. Movant alleges that the automatic stay should be lifted for cause in that it lacks adequate protection of its interest in the Collateral as evidenced by the following:

   a. Debtor(s) are in default on their obligations to Movant in that Debtor(s) have failed to make installment payments when due and owing pursuant to the terms of the Agreement.

   b. As of April 16, 2026, the total indebtedness was $33,599.05

   Debtor(s) are in default on 3 contractual payments totaling $1,071.59:
   02/01/2026 to 03/01/2026 (2) at $351.34 each = $702.68
   04/01/2026 to 04/01/2026 (1) at $351.34 each = $351.34
   Late Charges = $17.57

   The amount of current monthly installment payment is $351.34

   c. Debtor(s) have surrendered their interest in the Collateral per their filed schedules ECF Doc.#1.

6. According to the publication commonly relied upon by banks, insurance companies, government agencies, and dealers in determining the value of collateral, the present retail market value of the Collateral is $23,775.00.

7. The Debtor(s) has no equity in the Collateral securing Movant's claim.

8. Movant has had to retain counsel to represent it before this Court and is incurring attorneys' fees and court costs for which it is entitled to reimbursement under the terms of the Agreement.

9. For the above and foregoing reasons, Movant asserts cause exists sufficient to waive the requirement of Bankruptcy Rule 4001(a)(4), therefore allowing Order to be effective upon this Honorable Court's signature.

MOTION FOR RELIEF

3191-N-7391

WHEREFORE, PREMISES CONSIDERED, Movant prays that, upon hearing of this Motion, said automatic stay be terminated as to the claim of Movant, its successors and/or assigns, to permit Movant, its successors and/or assigns, to seek its statutory and other available remedies; that Movant, its successors and/or assigns, be permitted to obtain possession of the Collateral to the exclusion of Debtor(s); alternatively, Movant, its successors and/or assigns, be afforded adequate protection by including, but not limited to, having all payments presently due in this proceeding to Movant being brought current; and that Movant be granted such other and further relief, at law and in equity, as is just.

Respectfully submitted,
Bonial & Associates, P.C.


 /s/ Chandra D. Pryor
Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Attorneys and Counselors
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for American Honda Finance Corporation


**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Movant did not attempt to confer with counsel for Debtor(s) prior to filing this motion based on debtor's intent to surrender the collateral.

/s/ Chandra D. Pryor
Hilary B. Bonial
Chandra D. Pryor


MOTION FOR RELIEF

3191-N-7391

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 20th day of May 2026:

Debtor                    *Via U.S. Mail*
David Robert Henley
105 Docs Road
Weatherford, TX 76088

Debtor                    *Via U.S. Mail*
Cari Sue Henley
105 Docs Road
Weatherford, TX 76088

Debtor's Attorney
Clayton Everett
Attorney At Law
515 E. Border St., Ste 163
Arlington, TX  76010

Chapter 7 Trustee
Shawn K. Brown
PO Box 93749
Southlake, Texas 76092

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

Sheffield Financial, a division of Truist Bank
PO Box 1847/100-50-01-51
Wilson, NC 27894

TTCU Federal Credit union
Po Box 477550
Tulsa, ok 74147

26-41113-MXM7                                      /s/ Chandra D. Pryor
                                                   Hilary B. Bonial
                                                   Chandra D. Pryor