Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Bonial & Associates, P.C.
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 26-41113-MXM7** |
| **DAVID ROBERT HENLEY** | § | |
| **CARI SUE HENLEY** | § | **CHAPTER 7** |
|     **DEBTOR(S)** | § | |
| | § | |
| **AMERICAN HONDA FINANCE** | § | |
| **CORPORATION** | § | |
|     **MOVANT** | § | |
| **VS** | § | |
| **DAVID ROBERT HENLEY** | § | |
| **CARI SUE HENLEY** | § | |
| | § | |
| **AND SHAWN K. BROWN, TRUSTEE** | § | |
|     **RESPONDENTS** | § | |

**MOVANT'S LIST OF WITNESSES AND EXHIBITS**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

The following are the witnesses and exhibits, American Honda Finance Corporation (hereinafter referred to

as "Movant"), intends to call and utilize at the final hearing on its Motion for Relief from Stay Against Collateral.

<u>Movant's Witnesses</u>

1.    Attorney for Movant
2.    Debtor(s)
3.    Attorney for Debtor

<u>Movant's Exhibits</u>

| | |
|---|---|
| Exhibit A | CLOSED END MOTOR VEHICLE LEASE (WITH ARBITRATION PROVISION) |
| Exhibit B | Title |
| Exhibit C | Payment History |
| Exhibit D | JD Power Valuation |

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Chandra D. Pryor
Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600 / (972) 643-6698 (Telecopier)
Attorney for American Honda Finance Corporation

MOTION FOR RELIEF

3191-N-7391

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 20th day of May 2026:

Debtor                    *Via U.S. Mail*
David Robert Henley
105 Docs Road
Weatherford, TX 76088

Debtor                    *Via U.S. Mail*
Cari Sue Henley
105 Docs Road
Weatherford, TX 76088

Debtor's Attorney
Clayton Everett
Attorney At Law
515 E. Border St., Ste 163
Arlington, TX  76010

Chapter 7 Trustee
Shawn K. Brown
PO Box 93749
Southlake, Texas 76092

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

Sheffield Financial, a division of Truist Bank
PO Box 1847/100-50-01-51
Wilson, NC 27894

TTCU Federal Credit union
Po Box 477550
Tulsa, ok 74147

26-41113-MXM7                                   /s/ Chandra D. Pryor
                                                Hilary B. Bonial
                                                Chandra D. Pryor

MOTION FOR RELIEF - CERTIFICATE OF SERVICE                                    3191-N-7391