**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 26-41113-MXM7** |
| **DAVID ROBERT HENLEY** | § | |
| **CARI SUE HENLEY** | § | |
|     DEBTOR(S) | § | **CHAPTER 7** |
| | § | |
| | § | |
| **AMERICAN HONDA FINANCE** | § | **HEARING DATE: JUNE 11, 2026** |
| **CORPORATION** | § | |
|     MOVANT | § | **HEARING TIME: 9:30 AM** |
| **VS** | § | |
| **DAVID ROBERT HENLEY** | § | |
| **CARI SUE HENLEY** | § | |
| **AND SHAWN K. BROWN, TRUSTEE** | § | |
|     RESPONDENTS | § | |

**NOTICE OF HEARING**

The Motion for Relief from Stay filed by American Honda Finance Corporation (hereinafter collectively referred to as "Movant"), in the above-referenced case is set for hearing. Notice is hereby given that Movant's Motion for Relief from Automatic Stay filed in the above-referenced matter is set for hearing on June 11, 2026 at 9:30 AM, before the Honorable Judge Mark X. Mullin, U. S. Courthouse, 501 West Tenth Street, Fort Worth, Texas, 76102-3643.  The initial hearing will be telephonic. Parties in interest must consult Judge Mullin's procedures available on the court's website at https://us-courts.webex.com/meet/mullin for dialing instructions.

Respectfully submitted,
Bonial & Associates, P.C.


/s/ Chandra D. Pryor
Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Attorneys and Counselors
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for American Honda Finance Corporation

NOTICE OF HEARING

3191-N-7391

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 20th day of May 2026:

Debtor                    *Via U.S. Mail*
David Robert Henley
105 Docs Road
Weatherford, TX 76088

Debtor                    *Via U.S. Mail*
Cari Sue Henley
105 Docs Road
Weatherford, TX 76088

Debtor's Attorney
Clayton Everett
Attorney At Law
515 E. Border St., Ste 163
Arlington, TX  76010

Chapter 7 Trustee
Shawn K. Brown
PO Box 93749
Southlake, Texas 76092

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

Sheffield Financial, a division of Truist Bank
PO Box 1847/100-50-01-51
Wilson, NC 27894

TTCU Federal Credit union
Po Box 477550
Tulsa, ok 74147

26-41113-MXM7

/s/ Chandra D. Pryor
Hilary B. Bonial
Chandra D. Pryor

MOTION FOR RELIEF - CERTIFICATE OF SERVICE                    3191-N-7391