Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Phone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Debtors

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>David Robert Henley and Cari Sue Henley,<br><br>Debtors. | Case No. 26-41113-mxm7<br><br>Chapter 7 |

### DEBTOR'S UNOPPOSED RESPONSE TO MOTION FOR RELIEF FROM STAY

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, David Robert Henley and Cari Sue Henley ("Debtors"), by and through their undersigned counsel, and files this *Unopposed Response to the Motion for Relief from Stay* filed by American Honda Finance Corporation ("Movant"), and in support respectfully show the Court:

Debtors are unopposed to the Motion for Relief from Stay filed by Movant. (Dkt. 15) Furthermore, the Debtors have already surrendered possession of the collateral to Movant. Accordingly, the Debtors consent to modification of the automatic stay to permit Movant to exercise its rights and remedies with respect to the vehicle.

WHEREFORE, PREMISES CONSIDERED, Debtors respectfully pray that the Court enter an order granting Movant's Motion for Relief from Automatic Stay, strike the June 11, 2026 hearing from the Court's docket, and grant Debtors such other and further relief to which they may be justly entitled.

Dated: June 2, 2026

Respectfully submitted:

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June 2026, a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon all parties entitled to notice.

/s/ Clayton L. Everett
Clayton L. Everett