

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 24, 2026**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 26-41113-MXM7** |
| **DAVID ROBERT HENLEY** | § | |
| **CARI SUE HENLEY** | § | **CHAPTER 7** |
| DEBTOR(S) | § | |
| | § | |
| **AMERICAN HONDA FINANCE** | § | **HEARING DATE: JUNE 11, 2026** |
| **CORPORATION** | § | |
| MOVANT | § | **HEARING TIME: 9:30 AM** |
| VS | § | |
| **DAVID ROBERT HENLEY** | § | |
| **CARI SUE HENLEY** | § | |
| **AND SHAWN K. BROWN, TRUSTEE** | § | |
| RESPONDENTS | | |

## ORDER TERMINATING STAY

The Court finds that Movant, American Honda Finance Corporation (hereinafter "Movant"), a secured creditor in this matter, has filed a Motion for Relief from Stay of Act Against Property ("Motion") concerning the collateral described as 2024 HONDA PROLOGUE, VIN: 3GPKHWRM0RS508287   (the "Collateral"); that all required notices of the motion and the hearing thereon have been properly served; that any responses indicated there was no opposition to the Motion; and that cause exists for termination of the 11 USC §362(a) stay with respect to the Property.

ORDER TERMINATING STAY                                    1

3191-N-7391

IT IS THEREFORE ORDERED THAT the 11 USC §362(a) stay as to Movant, its successors and/or

assigns, is hereby TERMINATED, regarding the Collateral.

### END OF ORDER ###

Bonial & Associates, P.C.
Attorneys and Counselors
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for American Honda Finance Corporation

ORDER TERMINATING STAY                    2

3191-N-7391